RECEIVED

JUL 0 3 2024

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Roxanne M Lund

Plaintiff(s),

vs.

Karol Durdle & Brad Nelson
Anoka Job Training center

Defendant(s).

(Enter the full name(s) of ALL plaintiffs
and defendants in this lawsuit. Please
attach additional sheets if necessary.)

Case No. 24-cv-2640 (DWF/ECW)
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY
TRIAL
YES ☒ NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name Roxanne M Lund

   Street Address 427 98th AVE NE

   County, City Anoka Blaine

   State & Zip Code MN 55434

   Telephone Number
   651-273-4495

SCANNED

JUL 3 2024

U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is
   a government agency, an organization, a corporation, or an individual. Include the address

where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name Karol dardle

Street Address 1201 89th AVE NE # 2300

County, City Anoka Blaine

State & Zip Code MN 55434

b. Defendant No. 2

Name Brad Nelson

Street Address 1201 89th AVE NE #2300

County, City Anoka Blaine

State & Zip Code

MN 55434

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached:☐ Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3. This employment discrimination lawsuit is based on (check only those that apply):

a. ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b. ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

2

order to bring suit in federal district court under the *Age Discrimination in Employment Act*, you must first file charges with the Equal Employment Opportunity Commission (EEOC).

c. ☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☐ Other (Please describe.)

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred: 2nd place

     (Street Address)        (City/County)    (State)    (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

7-1-23 to 8-31-23   2-21-24 to 4-9-24

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a. ☐ Yes    Date filed: _____

b. ☒ No

7. Have you received a Notice of Right-to-Sue Letter?

a. ☐ Yes    If yes, please attach a copy of the letter to this complaint.

b. ☒ No

NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

a. ☒ Failure to hire me

b. ☐ Termination of my employment

c. ☐ Failure to promote me

d. ☒ Failure to accommodate my disability

e. ☐ Terms and conditions of employment differ from those of similar employees

f. ☐ Retaliation

g. ☐ Harassment

h. ☐ Other conduct (please specify):

i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

☐ Yes    ☒ No

9.    I believe that I was discriminated against because of my (check all that apply):

a. ☐ Race

b. ☐ Religion

c. ☐ National origin

4

d. ☐ Color

e. ☐ Gender

f. ☒ Disability

g. ☐ Age (my birth year is:_____)

h. ☒ Other (please specify):

Learning Disabilty

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☐ Yes    ☒ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10. On- 7-8-2023 I ask Karlo Durdle #I need accomodation to deal with my Mental Health and Karlo Durdle No, I try 3 more time and on 8-31-2023

11. I was terminator. I have to wait 3 month before I could ReJoin the program. In Jan-2024

12. I ReJoin, I started to Volumteering at mercy Hospital Allina Heath but kelly woitel would'nt give me accomodation I need and Kelly woiel Terminator on 4-9-2024

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. Traning foR All Anoka co. worKeR and 12 Millon to pay foR train I would like to training the employees so their LeaRn The Right way to deal with mental Health and undestand us. Need to hiree Thank you foR your time Payroll, and Employees isa big co. Any other expense Anoka

Date: 4-25-2024

Signature of Plaintiff

Mailing Address
427 98th AVE NE
Blaine MN 55434

Telephone Number
651-273-4495

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

Print

6



SCSEP is the only federally-funded program specifically targeted to older adults seeking employment and training assistance. SCSEP enables thousands of low-income seniors each year to learn and earn while working in local programs serving their community. The Center's SCSEP program is funded by a $46.8 million grant from the U.S. Department of Labor. This funding provides 90% of the support for SCSEP, with the Center and its SCSEP network providing the remaining 10% through nonfederal match of $4.7 million. The Senior Community Service Employment Program is an equal opportunity program. Auxiliary aids and services are available upon request to individuals with disabilities.

**LEARN MORE** →

## The U.S. Environmental

🔒 centerforworkforceinclusion.org — Private